UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHAEL F., | Civil No. 3:20-CV-05765-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the claimant's impairments at step two of the sequential evaluation process; reevaluate the medical opinions and prior administrative medical findings; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy, including the effect of a sit/stand limitation on the sedentary occupational base; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 19th day of April, 2021.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov